IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 OCT 21 PM 5:02

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MANUEL AVALOS BANDERAS, a/k/a<br>JOSE AVALOS, a/k/a GALLO,<br><br>Defendant. | 4:09CR3112 OFFICE OF THE CLERK<br><br>INDICTMENT<br>(21 U.S.C. § 846) |

The Grand Jury Charges:

## COUNT I

Between on or about December 1, 2006, and on or about May 31, 2009, in the District of Nebraska, JOSE MANUEL AVALOS BANDERAS, a/k/a JOSE AVALOS, a/k/a GALLO, the defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, to distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL



Foreperson

4:09CR3112

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 OCT 21 PM 5: 02

OFFICE OF THE CLERK

DEBORAH R. GILG
United States Attorney

The United States of America requests that the trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

SARA E. FULLERTON
Assistant United States Attorney