# UNITED STATES DISTRICT COURT

# DISTRICT OF NEBRASKA

PDF FILE WITH AUDIO FILE ATTACHMENT

09-3112

USA v. Avalos Banderas
    Defendant(1) Jose Manuel Avalos Banderas

Jury Trial (afternoon session)

| | |
|---|---|
| Case Type : | cr |
| Case Number : | 09-3112 |
| Case Title : | USA v. Avalos Banderas |
| Audio Date\Time: | 01/06/2010 1:30:49 PM |
| Audio File Name : | 4-09cr3112-RGK100106-083.31000040004.mp3 |
| Audio File Size : | 9381 KB |
| Audio Run Time : | [01:18:10] (hh:mm:ss) |

**Help using this file:**

    An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**