IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3112 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE MANUEL AVALOS BANDERAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

Counsel John Aman is reinstated as counsel of record for the defendant. Defense counsel shall confer and determine who will act as lead counsel in the case, and shall file a notice with the court stating who will be lead counsel. Lead counsel shall apprise co-counsel of any case developments until the completion of the case, or until co-counsel has withdrawn from the case with leave of court.

DATED this 12th day of March, 2010.

BY THE COURT:

S/ *Cheryl R. Zwart*
United States Magistrate Judge