IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3112 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE MANUEL AVALOS BANDERAS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

At the outset of this case, John F. Aman was appointed to represent the defendant. Mr. Aman encountered health issues, and while he was recovering, Stuart Dornan assisted with the defendant's representation as additional appointed counsel. Mr. Aman has now resumed his practice and is now lead counsel for the defendant. Mr. Dornan has requested leave to withdraw. Filing No. 63.

Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by Stuart Dornan, appointed co-counsel for the defendant, (Filing No. 63), is granted. Mr. Dornan shall promptly serve defendant with a copy of this order. The Clerk is directed to remove Mr. Dornan from all future ECF notifications in this case.

2) The Federal Public Defender is authorized to process a CJA 20 voucher for services provided by counsel Stuart Dornan upon receipt of the voucher, and prior to final resolution of this case or submission of CJA20 voucher by counsel John F. Aman.

DATED this 9th day of June, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge