IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3112 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE MANUEL AVALOS BANDERAS, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed a motion complaining about the lawyer representing him on appeal. Since I have no authority over the appointment of appellate counsel,

IT IS ORDERED that defendant's motion (filing 85) is denied. However, the Clerk of Court shall forward a copy of this order and the defendant's motion (filing 85) to the Clerk of the United States Court of Appeals for the Eighth Circuit.

DATED this 21st day of September, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge