IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3112 |
| V. | ) | |
| JOSE MANUEL AVALOS BANDERAS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The Federal Public Defender has been appointed to represent the defendant in the matter involving a potential reduction in sentence pursuant to Amendment 782. Therefore, the defendant's pending motion for appointment of counsel (filing no. 127) is denied.

(2) The undersigned has received the defendant's statement (filing no. 130) and has read it.

(3) The Clerk of Court is directed to send a copy of this order to the defendant at his last known address, and to provide an ECF notice of this order to Assistant United States Attorney John E. Higgins and Federal Public Defender David R. Stickman.

DATED this 7th day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge