IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3112 |
| v. | ) | |
| JOSE MANUEL AVALOS BANDERAS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff shall file its response to defendant's motions to reduce sentence (filing nos. 126 and 133) on or before February 10, 2016.

DATED this 27th day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge