# UNITED STATES DISTRICT COURT
для the

District of Nebraska

United States of America
v.
Jose Manuel Avalos-Banderas

Case No.: 4:09CR3112
USM No: 23065-047

Date of Original Judgment: 06/17/2010
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Richard H. McWilliams
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 365 months **is reduced to** 293 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated 06/17/2010 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/05/2016     s/ Richard G. Kopf
*Judge's signature*

Effective Date: 11/01/2015     Richard G. Kopf, Senior United States District Judge
*(if different from order date)*     *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Jose Manuel Avalos-Banderas
CASE NUMBER: 4:09CR3112
DISTRICT: District of Nebraska

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 38     Amended Total Offense Level: 36
Criminal History Category: III        Criminal History Category: III
Previous Guideline Range: 292 to 365 months    Amended Guideline Range: 235 to 293 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS

Filing nos. 126 and 133 are granted as provided herein.

I have carefully reviewed the well-written briefs and other materials submitted by the parties. I have chosen to reduce the defendant's sentence but only to the high end of the Amended Guideline Imprisonment Range because I remain convinced that the defendant is potentially a very dangerous person.