IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:09CR3112 |
| vs. | |
| JOSE MANUEL AVALOS BANDERAS, | ORDER |
| Defendant. | |

The defendant has filed a motion for compassionate release (Filing 148). However, the defendant has not alleged that he has pursued his administrative remedies. I will hold his motion in abeyance for 60 days. At a minimum, the defendant should seek "compassionate release" from the warden at the facility at which he is presently being held. He should complete the "request for administrative remedy" (BP-9 form).

IT IS ORDERED that the defendant's motion, Filing 148, will be held in abeyance for 60 days to give him the opportunity to file evidence or amend his motion to show that he has pursued exhaustion of his administrative remedies.

Dated this 15th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge