IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE MANUEL AVALOS BANDERAS,<br><br>Defendant. | 4:09CR3112<br><br>ORDER |

    If I release the defendant on his motion for compassionate release, he will be deported. (See Filing 155.) In the exercise of my discretion, I will deny the motion for compassionate release because the defendant is no more safe in Mexico than he would be if he continued to be held in the Bureau of Prison's custody. Therefore,

    IT IS ORDERED that the motions to reduce sentence (Filings 148 and Filing 150) are denied and the motion to restrict (Filing 153) is granted.[1]

    Dated this 2nd day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

    [1] As the Court of Appeals noted, I previously found that Mr. Banderas "is potentially a very dangerous person." (Filing 145.) I continue to have that same concern.